IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | |
| PORTIA POWELL, | * | CASE NO. 4:17-CR-7 (CDL) |
| Defendant. | * | |

O R D E R

On August 17, 2018, Defendant Portia Powell pled guilty to theft of government property and possession of stolen Treasury checks. On November 28, 2018, the Court sentenced Defendant to 18 months of imprisonment. The Court issued an order permitting Defendant to surrender voluntarily at a prison facility designated by the Bureau of Prisons. Defendant's voluntary surrender date is set for February 11, 2019.

Defendant filed a motion to extend the date for her voluntary surrender. The Court finds that Defendant has not established good cause for any further delay. Therefore, Defendant's motion for an extension is denied. Defendant shall report on February 11, 2019 to begin service of her sentence.

IT IS SO ORDERED, this 31st day of January, 2019.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA