# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Portica Powell | **Repayment Agreement and Order** | No: 4:17-CR-7-001 |
|---|---|---|

On November 28, 2018, Portica Powell was sentenced to 18 months imprisonment followed by a 36-month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Powell. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on November 28, 2018, I have been ordered to pay a total restitution of $159,000.00 and a special assessment of $200.00.

2. On May 21, 2020, I began my service of 36 months of supervised release. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the July 15, 2020, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $50.00 per month during the term of supervision.

_____       06/10/2020
Portica Powell                                    Date

_____       06/08/2020
Taiyana Harrison, U.S. Probation Officer    Date

_____       6/10/20
Assistant U.S. Attorney                       Date

**THE COURT ORDERS:**

☒ Approval    ☐ Disapproval

s/ Clay D. Land
_____
Clay D. Land
Chief U.S. District Judge

6/11/2020
Date